**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------X

PARTHENIA DIS TICARET LIMITED SIRKETI,

Plaintiff,

- against -

KRON GROUP LLC, also known as
KRON GLOBAL LLC,

Defendant.

--------------------------------------------------------X

Civil Case No: 1:26-cv-06962-AKH

**CERTIFICATE OF SERVICE**

BUSRA CUNDIOGLU, Esq., an attorney admitted to practice before this Court and counsel for Plaintiff, declares pursuant to 28 U.S.C. § 1746 that on October 27, 2026, pursuant to Local Civil Rule 55.2(a)(3), she caused true and correct copies of the following documents to be served on Defendant KRON GROUP LLC, also known as KRON GLOBAL LLC, through DocuPost, by certified mail addressed to Defendant at its last known business address, and by first-class mail addressed to Defendant's registered agent, as set forth below:

Notice of Motion for Default Judgment, with Index of Motion Papers and Exhibits;

Declaration of BUSRA CUNDIOGLU in Support of Motion for Default Judgment, with **EXHIBITS 1 through 4 and 9**, including the Clerk's Certificate of Default entered October 5, 2026 (ECF No. 11);

Declaration and Verification of MURAT MERCAN, with **EXHIBITS 5 through 7**;

Declaration of Translator, with **EXHIBIT 8**;

Statement of Damages;

Memorandum of Law in Support of Motion for Default Judgment, with Certificate of Compliance; and

[Proposed] Default Judgment.

**By certified mail:**
KRON GROUP LLC, also known as
KRON GLOBAL LLC
447 Broadway, 2nd Floor, #1057
New York, New York 10013

**By first-class mail:**
KRON GROUP LLC, also known as
KRON GLOBAL LLC
c/o Registered Agents Inc.
30 N Gould St Ste R
Sheridan, Wyoming 82801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Dated:** October 27, 2026
New York, New York

/s/ BUSRA CUNDIOGLU, Esq. //
BUSRA CUNDIOGLU, PLLC
580 Fifth Avenue, Suite 820
New York, NY 10036
Tel: (914) 863-8825
Fax: (212) 479-9661
busra@cundioglupllc.com
*Attorneys for Plaintiff*