**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PARTHENIA DIS TICARET LIMITED SIRKETI,<br><br>Plaintiff,<br><br>– against –<br><br>KRON GROUP LLC, also known as KRON GLOBAL LLC,<br><br>Defendant. | Case No. 1:26-cv-06962-AKH<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** between the parties, through their undersigned counsel, that:

1. Defendant's time to file opposition papers, if any, to Plaintiff's Motion for Default Judgment, dated October 26, 2026 (ECF No. 12) (the "Default Motion"), is hereby extended on a one-time basis to and including November 30, 2026, and no further extensions shall be sought; and

2. Plaintiff's time to file reply papers, if any, to the Default Motion is hereby extended to and including December 7, 2026.

Dated: November 12, 2026
New York, New York

**BUSRA CUNDIOGLU, PLLC**

By: Busra Cundioglu [signature]

Busra Cundioglu, Esq.
580 Fifth Avenue, Suite 820
New York, New York 10036
Tel.: (914) 863-8825
busra@cundioglupllc.com

*Attorney for Plaintiff Parthenia Dis Ticaret Limited Sirketi*

**SCHLAM STONE & DOLAN LLP**

By: [signature]

Joshua Wurtzel, Esq.
26 Broadway
New York, New York 10004
Tel.: (212) 344-5400
jwurtzel@schlamstone.com

*Attorney for Defendant Kron Group LLC*